Katherine C. Rosenmaier, by Raymond E. Aldrich, Her Guardian ad Litem, Appellant, v. Charles W. H. Arnold and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Michel I. Schwartz, Appellant, v. Herbert E. Williams and Others, Respondents.— Judgments affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

In the Matter of the Application of the County Clerk of Queens County, New York, for an Order to Destroy Certain Papers, Deposited or Filed in His Office, which the Court May Deem to Have Become Useless.— Motion denied, without prejudice to a renewal thereof upon further papers. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

In the Matter of the Application of the Public Service Commission for the First District, for the Appointment of Three Commissioners, etc. (Gravesend Avenue Route, Route No. 49.) — Motion granted. Hon. William Watson, Jos. H. Esquirol, Esq., and F. Wilder Bellamy, Esq., appointed commissioners. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Denis J. Murphy, Infant, by Denis Murphy, Guardian ad Litem, Appellant, v. Yonkers Savings Bank and Mary Higgins Duffy, as Administratrix, etc., Respondents.— Motion to dismiss appeal denied, upon condition that any amendments to the printed case proposed by the savings bank are within ten days to be submitted to the trial justice for settlement, and then when passed upon, and the case resettled, appellant within ten days thereafter correct the appeal book, either by changing the matter that now stands in print, or by annexing additional pages, so as to conform to such resettlement, and shall then place the cause upon the May calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

William Douth, Respondent, v. Rhinelander Waldo and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Mary Eddery, as Administratrix, etc., of Andrew Eddery, Deceased, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict was against the weight of the evidence. (See same case, 150 App. Div. 761.) Jenks, P. J., Carr and Stapleton, JJ., concurred; Burr and Putnam, JJ., dissented.

Nicola Grilli, Appellant, v. Michele Del Papa, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich and Putnam, JJ., concurred; Burr, J., dissented upon the ground that none of the allegations of the complaint are made upon information and belief. If the words were uttered to the knowledge of plaintiff it must be the case that he was present and heard them.

Dayton Hedges, Respondent, v. Pioneer Iron Works, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.